JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| GEZA F. SIMON & CHRISTINA A. SIMON,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A.; FIRST AMERICAN TITLE INSURANCE COMPANY; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | Case No. SACV13-00823 JVS (PLAx)<br>Hon. James V. Selna<br>Ctrm.: 10C – Santa Ana<br><br>**JUDGMENT OF DISMISSAL** |

On July 11, 2014, the Court issued an order (Docket No. 51) granting with prejudice the Motion of Defendant WELLS FARGO BANK, N.A. ("Wells Fargo"), which was joined by Defendant FIRST AMERICAN TITLE INSURANCE COMPANY ("First American"), to dismiss the Second Amended Complaint of Plaintiffs GEZA F. SIMON and CHRISTINA A. SIMON.

**GOOD CAUSE APPEARING THEREFORE**,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants Wells Fargo and First American (collectively, "Defendants") shall have a judgment of dismissal entered in their favor and against Plaintiffs. Plaintiffs' entire action is dismissed with prejudice as to Defendants. Plaintiff shall take nothing against Defendants.

DATED: July 21, 2014

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On July 14, 2014, I served true copies of the following document(s):

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in this action as follows:

| | |
|---|---|
| Kristopher P. Badame, Esq.<br>Michele E. Pillette, Esq.<br>BADAME & ASSOCIATES, APC<br>25432 Trabuco Rd., Suite 207<br>Lake Forest, CA  92630 | Attorneys for Plaintiffs<br>GEZA F. SIMON and CHRISTINA A. SIMON<br><br>Telephone:  (949) 770-2867<br>Facsimile:   (866) 230-3044<br>mpillette@badameandassociates.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 14, 2014, at Irvine, California.

                                    Stephanie A. Crisp

55000.0789/3341269.1